**2011–0472.   Godfrey v. Court of Appeals, Fifth Appellate Dist.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus.
   Upon consideration of relator's application for dismissal of his petition for writ of mandamus, it is ordered by the court that the application is granted. Accordingly, this cause is dismissed.

## DISCIPLINARY CASES

**2011–0340.   Dayton Bar Assn. v. Parisi.**
This cause is before the court on report of the Board of Commissioners on Grievances and Discipline.
   Upon consideration of respondent's motion to supplement the record, it is ordered by the court that the motion is granted.

# CASE ANNOUNCEMENTS

*May 9, 2011*

[Cite as *05/09/2011 Case Announcements*, 2011-Ohio-2194.]

## DISCIPLINARY CASES

**2009–1534.   Mahoning Cty. Bar Assn. v. DiMartino.**
It is ordered by this court, sua sponte, that Dennis A. DiMartino, Attorney Registration No. 0039270, last known business address in Youngstown, Ohio, is found in contempt for failure to comply with this court's order of February 3, 2010, to wit: failure to file an affidavit of compliance on or before March 5, 2010.

**2010–0032.   Toledo Bar Assn. v. Stahlbush.**
It is ordered by this court, sua sponte, that Kristin A. Stahlbush, Attorney Registration No. 0064019, last known business address in Toledo, Ohio, is found in contempt for failure to comply with this court's order of August 24, 2010, to wit: failure to file an affidavit of compliance on or before September 23, 2010.

**2010–2273.   Cleveland Metro. Bar Assn. Certified Grievance Commt. v. Freeman.**
It is ordered by this court, sua sponte, that Bryan Scott Freeman, Attorney Registration No. 0070637, last known business address in Cleveland, Ohio, is found in contempt for failure to comply with this court's order of January 26, 2011, to wit: failure to file an affidavit of compliance on or before February 25, 2011.